**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | | |
|---|---|---|
| JONATHAN ADAMOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-CV-00927-WO-LPA |
| | ) | |
| NAVIENT SOLUTIONS, INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, JONATHAN ADAMOW, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

June 23, 2017              By:  /s/ Shireen Hormozdi
                               Shireen Hormozdi
                               Hormozdi Law Firm, PLLC
                               North Carolina Bar No. 47432
                               1770 Indian Trail Road, Suite 175
                               Norcross, GA 30093
                               Tel:  678–395-7795
                               Cell:  678-960-9030
                               Fax: 866-929-2424
                               shireen@agrusslawfirm.com
                               shireen@norcrosslawfirm.com

1

## <u>CERTIFICATE OF SERVICE</u>

On June 23, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Nick Moore, at nmoore@ncaks.com.

By: /s/ Shireen Hormozdi
Shireen Hormozdi